# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### ROCKINGHAM DIVISION

| | |
|---|---|
| JAMES KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-485 |
| vs. ) | |
| ) | |
| VIKING CLIENT SERVICES, INC. ) | |
| d/b/a VIKING COLLECTION SERVICE, ) | |
| INC., ) | **NOTICE OF DISMISSAL** |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff, JAMES KELLEY, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2012, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com